IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRANCE T. BROWN,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:26-CV-1165-K-BW |
| | § | |
| KEYBANK NATIONAL ASSOCIATION,<br>Defendant. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. (Doc. 22.) On September 10, 2026, Plaintiff simultaneously filed objections to the FCR (Doc. 24) and a motion for leave to amend his complaint (Doc. 25). The District Judge reviewed de novo those portions of the proposed FCR to which objection was made and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's motion to dismiss (Doc. 4) is **GRANTED**, and this action will be dismissed with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

With respect to Plaintiff's request to file an amended complaint, the Magistrate Judge explained in the FCR that Brown's claim is frivolous and lacks an arguable basis in law because it is "based on an indisputably meritless legal theory," and it lacks an

arguable basis in fact because it describes "fantastic or delusional scenarios." (*See* Doc. 22 (citing *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989).) As the FCR explained, Plaintiff's claims fail because his allegations do not create any plausible or reasonable inference that Defendant is responsible for any of the conduct alleged and Plaintiff's proposed amendment offers nothing to change that analysis. (*See* Doc. 22.) In light of Plaintiff's history of filing similar frivolous lawsuits in this district and elsewhere (*see id.*), granting leave to amend would be futile and cause needless delay. Accordingly, Plaintiff's motion for leave to file an amended complaint (Doc. 25) is **DENIED**.

**SO ORDERED.**

**Signed October 13th, 2026.**

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE